LaROSE, Judge.
 

 Petitioners request certiorari review of paragraphs one and two of a nonfinal order granting respondent’s motion to compel. We dismiss as premature the portion of the petition challenging paragraph one, compelling petitioners to produce certain documents to the trial court for in camera inspection.
 
 See Citizens Prop. Ins. Corp. v. Richardson,
 
 938 So.2d 570 (Fla. 2d DCA 2006). We deny the petition as to paragraph two, compelling petitioners to produce to respondents those documents specific to the deceased, Ora Fischer, because petitioners abandoned any objection at the hearing.
 

 ALTENBERND and CASANUEVA, JJ., Concur.